UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY M. NORTHINGTON,

    Plaintiff,                        Case No. 1:10-cv-424

v.                                 HON. JANET T. NEFF

JIM ARMSTRONG et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 199) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 5, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant Wood's Motion to dismiss for Insufficient Service of Process (Dkt 100) is **DENIED** as moot for the reasons stated in the Report and Recommendation.


Dated: April 29, 2011                                /s/Janet T. Neff
                                                         JANET T. NEFF
                                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY M. NORTHINGTON,

    Plaintiff,

Case No. 1:10-cv-424

v.

Hon. Janet T. Neff

JIM ARMSTRONG et al.,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Court's Order of this date;

**IT IS HEREBY ORDERED** that this case is dismissed in its entirety.


Dated: April 29, 2011                  /s/Janet T. Neff
                                                   JANET T. NEFF
                                                   UNITED STATES DISTRICT JUDGE