UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY M. NORTHINGTON,

                Plaintiff,                            Case No. 1:10-cv-424

v.                                             HON. JANET T. NEFF

JIM ARMSTRONG, et al.,

                Defendants.

_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed December 26, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 518) is APPROVED and ADOPTED as the opinion of the Court.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt 501) is DENIED WITHOUT PREJUDICE for the reasons stated in the Report and Recommendation.

Dated: February 27, 2013               /s/Janet T. Neff_____
                                      JANET T. NEFF
                                      United States District Judge